TIFFANY & BOSCO
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-03451

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: | No. 2:09-bk-31820-SSC |
| Gary Michael McCormick and Suzanne Hayden-McCormick | Chapter 7 |
| Debtors. | ORDER FOR ABANDONMENT |
| Residential Credit Solutions, Inc | (Related to Docket #29) |
| Movant, vs. | |
| Gary Michael McCormick and Suzanne Hayden-McCormick, Debtors; Jill H. Ford, Trustee. | |
| Respondents | |

On this day came on for consideration, Residential Credit Solutions, Inc, its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's interest in the following described real property is abandoned:

6863 East Portia Str
Mesa AZ 85207

and legally described as:

Lot 21, Vintage Hills at Las Sendas, according to Book 716 of Maps, page 1, records of Maricopa County, Arizona.